UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case. No. 2:07-CR-00025 EJG |
| v. ) | |
| ) | |
| KEVIN TRAN ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    () Ad Prosequendum    (X) Ad Testificandum

Name of Detainee: KEVIN TRAN
Detained at (custodian):

Detainee is: a.) ( ) charged in this district by: () Indictment () Information () Complaint
       charging detainee with:
 or b.) (X) a witness not otherwise available by ordinary process of the Court

Detainee will: a.) (X) return to the custody of detaining facility upon termination of proceedings
 or b.) ( ) be retained in federal custody until final disposition of federal charges, as a sentence is
     currently being served at the detaining facility

*Appearance is necessary FORTHWITH in the Eastern District of California.*

Signature: /s/ HEIKO P. COPPOLA
Printed Name & Phone No: HEIKO P. COPPOLA , Tel: 916-554-2700
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
    () Ad Prosequendum    (X) Ad Testificandum

  The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, FORTHWITH, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: October 12, 2011            /s/ Carolyn K. Delaney

                     Hon. CAROLYN K. DELANEY
                     United States District/Magistrate Judge

---

Please provide the following, if known:
| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | KEVIN TRAN | Sex: | Male |
| Booking or CDC #: | 90173-111 | DOB: | |
| Facility Address: | FCI Herlong Federal Correctional Institution | Race: | ASIAN |
| | 741-925 Access Road A-25 | FBI #: | |
| | Herlong, CA 96113 | | |
| Facility Phone: | (530)827-8000 | | |
| Currently Incarcerated For: | Conspiracy and Manufacturing at Least 1,000 Marijuana Plants. | | |

**RETURN OF SERVICE**

Executed on  _____  By: _____
                     (Signature)