

**FILED**

OCT 14 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

KHIN "KENNY" UNG, ZHI YONG LIN,

    Defendants.
_____/

CR. NO. S-07-0025 EJG

<u>ORDER VACATING TRIAL DATE AS
TO DEFENDANT ZHI YONG LIN</u>

    This case is set for jury trial to commence before the undersigned October 31, 2011. A trial confirmation hearing was held October 7, 2011 at which all parties were present except defendant Zhi Yong Lin, who failed to appear. A no-bail bench warrant was issued for defendant Lin. As of today's date, October 14, 2011, the warrant has not been returned. Defendant Lin's counsel, Scott Sugarman, has sent a letter to the court requesting that the trial date be vacated as to his client. Citing defendant's disappearance, Mr. Sugarman states it is "unlikely that I could be prepared for trial even if [defendant Lin] were apprehended or surrendered today as I have not been able to confer with him for some time." Letter to court, attached as Exhibit "A".

| | |
|---|---|
| 1 | The request to vacate the jury trial as to defendant Zhi |
| 2 | Yong Lin, *only*, is GRANTED. The trial will proceed on the date |
| 3 | and time previously set, October 31, 2011, at 8:30 a.m., with |
| 4 | defendant Khin Ung. |
| 5 | IT IS SO ORDERED. |
| 6 | Dated: October 14, 2011 |

_____
EDWARD J. GARCIA, JUDGE
UNITED STATES DISTRICT COURT

2



| Zhi Yong Lin | | | |
|---|---|---|---|
| Scott Sugarman | t o : | 'CLydon@caed.uscourts.gov' | 10/13/2011 10:04 AM |
| Cc: "'Coppola, Heiko (USACAE)'" | | | |

10/13/11

Re; Zhi Yong Lin

Colleen

I am the attorney for Zhi Yong Lin, with a trial date of October 31, 2011.

I have spoken to AUSA Coppola this morning. Neither I nor he has heard from my client nor heard of his arrest. The court has already issued a warrant for my client's arrest based on his failure to appear on October 7th. At this point, it is exceedingly unlikely that I could be prepared for trial even if my client were apprehended or surrendered today as I have not been able to confer with him for some time . The government continues to provide discovery to defense counsel.

I ask that the court vacate the trial date as to my client. I would rather save myself a long ride from San Francisco to your court if I can do so.

Please let me know.

Thank you.

Scott A. Sugarman
Sugarman & Cannon
180 Montgomery Street, Suite 2350
San Francisco, Ca. 94104
Telephone: (415) 362-6252
Facsimile: (415) 362-6431

<u>East Bay Office</u>
Sugarman & Cannon
385 Grand Avenue, Suite 300
Oakland, Ca. 94610
Telephone: (510) 272-0600
Facsimile: (510) 835-4958

Exhibit "A"