GILBERT A. ROQUE
Attorney at Law
California State Bar Number 074966
913 Court Street
Woodland, California 95695
(530) 666-1935

Attorney for KHIN "KENNY" UNG

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>KHIN "KENNY" UNG,<br><br>        Defendant. | CR. NO. 2:07-CR-025-EJG<br><br>STIPULATION AND<br>ORDER VACATING DATE,<br>CONTINUING CASE AND<br>EXCLUDING TIME<br><br>Date : 1/06/12<br>Time : 10:00 a.m.<br>Court : Hon. Edward J. García |

**IT IS HEREBY STIPULATED** by and among Plaintiff United States of America, through Assistant United States Attorney Heiko P. Coppola and Defendant Khin "Kenny" Ung, through his counsel, Gilbert A. Roque, that the Status Conference scheduled for November 10, 2011, at 2:00 p.m., be vacated and the matter be continued to January 6, 2012, at 10:00 a.m., before the Honorable Edward J. García. This continuance is requested by the parties in order to permit the Government to determine whether the case will be retried.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.* be tolled pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), Local Code T-4 (time to prepare), and that the ends of justice served in granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

**IT IS SO STIPULATED.**

                                            Respectfully submitted,

DATED: November 8, 2011       /s/ Gilbert A. Roque
                                            GILBERT A. ROQUE, Attorney for
                                            KHIN "KENNY" UNG, Defendant

DATED: November 8, 2011          /s/ Heiko P. Coppola
                                 HEIKO P. COPPOLA
                                 Assistant United States Attorney
                                 Attorney for Plaintiff

## ORDER

The Court, having received, read and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties, the Court finds that the ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial, and orders that the time from the date of the parties' stipulation, November 8, 2011, up to and including the new Status Conference, January 6, 2012, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4 (reasonable time for defense counsel to prepare).

It is further ordered that the November 10, 2011, Status Conference is vacated and shall be continued until January 6, 2012, at 10:00 a.m.

**IT IS SO ORDERED.**

DATED: November 8, 2011          /s/ Edward J. Garcia
                                 EDWARD J. GARCIA
                                 United States District Judge