1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES,                    )
                                       )
12                    Plaintiff,        )          2:07-cr-0025-EJG (GGH)
                                       )
13        vs.                          )
                                       )          ORDER
14                                     )
     WEI JIE MA et al.,                )
15                                     )
                      Defendants.      )
16                                     )
     _____/

17

18            The Eastern District of California's Pretrial Services Division is in receipt of a

19   request (order) from the Northern District that the pretrial services file for Wei Jie Ma be

20   disclosed to a magistrate judge in the Northern District for use in a criminal case there.  Title 18

21   U.S.C. § 3153(c) and Eastern District Local Rule 416 provide for the confidentiality of pretrial

22   services ("probation") reports and other information.  However, the judges in *this* district may

23   order the release of such files of an Eastern District case for good cause shown.

24   ///

25   ///

26   ///

After consultation with the trial judge of the Eastern District case captioned above, the undersigned directs Pretrial Services to disclose the reports and other documentary material in its possession to the Northern District as requested.

DATED: June 26, 2012

_/s/ Gregory G. Hollows_
UNITED STATES MAGISTRATE JUDGE